STATE OF NEW JERSEY v. JAMES HARRIS.

September 23, 1976.  Petition for certification denied.

STATE OF NEW JERSEY v. VALERI VALENTINI.

September 23, 1976.  Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT DENIKE.

September 23, 1976.  Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE ALLEN.

September 23, 1976.  Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES RANK.

September 23, 1976.  Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH HAM.

September 23, 1976.  Petition for certification denied.